In the Matter of the Application of WALTER W. WEISMANN against SAMUEL MEYERS, an Attorney, etc.— Motion to dismiss appeal granted, without costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ. ·

INTERNATIONAL PUBLICATIONS, INC., v. PRINCE GEORGE MATCHABELLI.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of FRANCIS FISCHER, an Attorney. (ADOLF H. LANDLEY, Petitioner.) — Reference ordered to Hon. William P. Burr, official referee. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of JOSEPH W. HEIMSOTH, an Attorney.— Reference ordered to Hon. William P. Burr, official referee. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of HARRY POLAN, an Attorney.— Reference ordered to Hon. Charles L. Guy, official referee. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of J. SELIG MAISEL, an Attorney.— Reference ordered to Hon. Joseph E. Newburger, official referee Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of LOUIS N. JAFFE, an Attorney.— Reference ordered to Hon. Frank L. Polk. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of CHARLES KENNEDY, an Attorney.— Reference ordered to James N. Rosenberg. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of JAMES F. MAHAN, an Attorney.— Reference ordered to Edgar J. Nathan. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

H. FALLER & CO., INC., and Another, Respondents, v. THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellant.— Determination affirmed, with costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SOL KOHN and Another, Appellants.*— Judgment affirmed. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.; McAvoy and Proskauer, JJ., dissent. No opinion.

In the Matter of the Application of HARRY SIEGEL, Petitioner, against JAMES A. BEHA, as Superintendent of Insurance of the State of New York, Respondent.— Order of certiorari dismissed and determination of respondent confirmed, with fifty dollars costs and disbursements to respondent. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of LOUIS GOLDFEIN, Appellant, for an Order of Mandamus against THE FIRST SOROKER BESARABIER MUTUAL AID SOCIETY, Respondent.— Order affirmed, with costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of GEORGE W. GLAENTZER, as Executor, etc., of ELEANOR A. QUERIPEL, Deceased, to Discover Certain Property, etc. EDNA ASHLEY BAYNE, Respondent.— Decree so far as appealed from affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ. [133 Misc. 251.]

* Revd., 251 N. Y. 375.